**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Agustin DIOS–GONZALEZ, Defendant–Appellant.**

**No. 01–50294.**

**D.C. No. CR–00–03249–JTM.**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.[*]

Decided June 14, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM [**]

Agustin Dios–Gonzalez appeals his guilty-plea conviction and 8–month sentence for one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Dios–Gonzalez contends that 21 U.S.C. §§ 952 and 960 are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by our decisions in *United States v. Varela–Rivera,* 279 F.3d 1174, 1175 n. 1 (9th Cir.2002) (concluding that *United States v. Buckland,* 289 F.3d 558, 563–68 (9th Cir.2002)

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

(en banc), which determined that § 841 is constitutional, also precludes a challenge to the constitutionality of § 952), and *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–10 (9th Cir.2002) (concluding that *Apprendi* does not render § 960 facially unconstitutional).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the